[No. 43523-0-I.    Division One.    May 1, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY LYNN JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-31888-2, Donald D. Haley, J., entered March 26, 1999. *Affirmed in part* and *reversed in part* by unpublished opinion per Grosse, J., concurred in by Agid, C.J., and Cox, J.


[No. 44009-8-I.    Division One.    May 1, 2000.]

PAUL E. ISAACSON, ET AL., *Appellants*, v. RE/MAX WHATCOM COUNTY, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 96-2-01388-5, John M. Meyer, J., entered January 5, 1999. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid, C.J., and Coleman, J.


[No. 44261-9-I.    Division One.    May 1, 2000.]

*In the Matter of the Marriage of* WAYNE A. CUMMINGS, *Appellant*, and RUTH M. CUMMINGS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 86-3-05158-2, Joan B. Allison, J. Pro Tem., entered January 20, 1999. *Reversed* by unpublished opinion per Grosse, J., concurred in by Agid, C.J., and Coleman, J. Now published at 101 Wn. App. 230.


[No. 44384-4-I.    Division One.    May 1, 2000.]

DEBRA WOTHERS, *Appellant*, v. FARMERS INSURANCE COMPANY OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-01820-4, David J. Roberts, J. Pro Tem., entered September 21, 1998. *Affirmed in part* and *remanded* by unpublished per curiam opinion. Now published at 101 Wn. App. 75.